[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 29, 2005
THOMAS K. KAHN
CLERK

No. 05-10504
Non-Argument Calendar

_____

D. C. Docket No. 02-20492-CR-UUB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGEL DAVID GONZALEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(September 29, 2005)**

Before BLACK, PRYOR  and HILL, Circuit Judges.

PER CURIAM:

Helene Hvizd Morris, appointed counsel for Angel David Gonzalez, has

filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gonzalez's convictions and sentence are **AFFIRMED**.